THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MEYER RASHBA, Appellant.

(Submitted April 24, 1933; decided April 25, 1933.)

Motion to vacate order of dismissal granted and motion for enlargement of time granted and case set down for argument on May 29, 1933. (See 261 N. Y. 623.)